4/8/08                    O8-CV-1325-WHA

FILED
APR 11 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RE:   HARO V. HARTLEY, CO8 01325

DEAR COURT CLERK,

ON 3/10/08 YOU SENT A LETTER TELLING ME I NEED TO SEND $5 FILING FEE.
PLEASE CHECK THE WHITE ENVELOPE THAT ATTACHED TO THE FRONT OF THE
ENVELOPE.   THE FIRST CHECK SHOULD HAVE BEEN INSIDE OF THAT.
IN THE ALTERNATIVE, I WENT TO MY COUNSELOR AND THEY CUT ANOTHER CHECK
ON 4/2/08.   (SEE ATTACHED COPIES, ONE DATED 2/27/08 AND ONE 4/2/08.)
SO APPARENTLY, THERE MAY BE TWO CHECKS OUT THERE.   PLEASE ADVISE.


THANK YOU,

/S/

O. HARO,   PRO SE

```
TS210B                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                                ITAS TRUST ACCOUNT DISPLAY

-------------- ACCOUNT INFORMATION -------------- ------ SPECIAL ITEMS -------

ACCOUNT  NUMBER:  E66727
   ACCOUNT NAME:  HARO, ONESIMO  MARIN
   ACCOUNT TYPE:  I
CURRENT BALANCE:     1867.71
   HOLD BALANCE:        0.00
ENCUM. BALANCE:        0.00
      AVAILABLE:     1867.71
PRIVILEGE GROUP:  A
   LAST CANTEEN:  04/04/2008
------------------------- ACCOUNT TRANSACTIONS -----------------------TS210CA
```

| DATE | TRAN | AMOUNT | DESCRIPTION | CHECK NUM | COMMENT | BALANCE |
|------|------|--------|-------------|-----------|---------|---------|
| 12/21/07 | D300 | 100.00 | CASH DEPOSIT | | 2776-0641 | 2148.85 |
| 01/02/08 | D300 | 50.00 | CASH DEPOSIT | | 7O28610660 | 2198.85 |
| 01/04/08 | FC05 | 180.00 | DRAW-FAC 5 | | 5CD1702913 | 2018.85 |
| 01/24/08 | D300 | 50.00 | CASH DEPOSIT | | 3260-0136 | 2068.85 |
| 02/07/08 | FC05 | 140.00 | DRAW-FAC 5 | | 5CD1/3503 | 1928.85 |
| 02/27/08 | W415 | 5.00 | CASH WITHDRAWAL | 155-170106 | 3770 FSO | 1923.85 |

```
PAGE#   2 OF   18 PAGES
```

```
TS210B                CALIFORNIA DEPARTMENT OF CORRECTIONS
                          ITAS TRUST ACCOUNT DISPLAY

-------------- ACCOUNT INFORMATION -------------- ------ SPECIAL ITEMS -------

ACCOUNT  NUMBER:  E66727
   ACCOUNT NAME:  HARO, ONESIMO  MARIN
   ACCOUNT TYPE:  I
CURRENT BALANCE:      1867.71
   HOLD BALANCE:         0.00
ENCUM. BALANCE:         0.00
      AVAILABLE:      1867.71
PRIVILEGE GROUP:  A
   LAST CANTEEN:  04/04/2008
-------------------------- ACCOUNT TRANSACTIONS ------------------------TS210CA
   DATE   TRAN   AMOUNT      DESCRIPTION      CHECK NUM    COMMENT      BALANCE
 -------- ---- ----------- --------------- ----------- ---------- -----------
03/07/08 FC05    100.00  DRAW-FAC 5                     5CD1703895   1823.85
03/10/08 W512      2.84  LEGAL POSTAGE C                703931LEPO   1821.01
04/02/08 W415      5.00  CASH WITHDRAWAL  155-170528    4243 FSO     1816.01
04/03/08 FR01     11.70- CANTEEN RETURN                 704282       1827.71
04/04/08 FC05     60.00  DRAW-FAC 5                     5CD1704303   1767.71
04/08/08 D300    100.00  CASH DEPOSIT                   7043620373   1867.71
PAGE#     1 OF   18 PAGES
```

BAKERSFIELD CA 933

MOJAVE CA

09 APR 2008 PM 4 L

"LET US DARE TO REAR..."

O. HARO, E-66727
POB 9 530-1-08L
AVENAL, CA 93204

AVENAL STATE PRISON
{ Confidential



LEGAL MAIL
APR 9 2008
AVENAL STATE PRISON
MAILROOM

NORTHERN DISTRICT COURT
1301 CLAY ST., STE., 400S
OAKLAND, CA 94612
CONFIDENTIAL LEGAL MAIL

94612+5226